UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33617 |
|---|---|
| DEBORAH L JESSUP | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050411**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 2 | ALEXANDRIA VANECK CO LPA<br>5660 SOUTHWYCK BLVD<br>#110<br>TOLEDO, OH  43614 | 29.51 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/7/2010

Certificate of Service                    07-33617

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DEBORAH L JESSUP
60 WOOLERY LANE
APT D
DAYTON, OH  45415

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(2.1)
ALEXANDRIA VANECK CO LPA
5660 SOUTHWYCK BLVD
#110
TOLEDO, OH  43614

(24.1n)
CHASE AUTO FINANCE
AZ1-1191
201 N CENTRAL AVE
PHOENIX, AZ  85004

Jeffrey M. Kellner BY       ____/s/ Jeffrey M. Kellner_____       sv